# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHANELL D. WILLIAMS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-03086 |
| RENTGROW, INC. | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES

Defendant RentGrow, Inc. ("RentGrow"), pursuant to Federal Rule of Civil Procedure 12, hereby moves in opposition to Plaintiff's Motion to Strike RentGrow's Affirmative Defenses. Support for this Motion is found in the accompanying Memorandum of Law.

Dated: October 8, 2021

Respectfully submitted,

/s/ Amy L. Lenz
Bonnie Keane DelGobbo
Amy L. Lenz
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
bdelgobbo@bakerlaw.com
alenz@bakerlaw.com

Joel Griswold
BAKER & HOSTETLER LLP
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
(407) 649-4088
jcgriswold@bakerlaw.com

*Attorneys for Defendants RentGrow Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Steven J. Uhrich
3317 West Fullerton
Chicago, Illinois 60647
steven@uhrichlawpc.com

Hans W. Lodge
BERGER & MONTAGUE, PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
hlodge@bm.net

/s/ Amy L. Lenz